**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Adrian T. Lambie (SB# 268247)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California 93117
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com
alambie@snyderlaw.com

Attorneys for Defendant TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NADINE GUYAUX, | Case No. CV-14-4234-SJO-FFM |
| Plaintiff, | [Los Angeles County Superior Court Case No. BC543813] |
| v. | |
| TARGET CORPORATION; and DOES 1 to 50, | [~~PROPOSED~~] ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT |
| Defendants. | [Stipulation filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

1.     This matter shall be immediately remanded to the Los Angeles County Superior Court, Central Division.

2.     All pending deadlines and hearings in this Court are vacated.

3.     Defendant, TARGET CORPORATION, to file a responsive pleading to the First Amended Complaint of plaintiff, NADINE GUYAUX, shall be governed by Section 430.90 of the California Code of Civil Procedure, rather than Federal Rule of Civil Procedure 12.

IT IS SO ORDERED.

Dated: June 25, 2014_____

_____
JUDGE OF THE DISTRICT COURT

cc:order, docket, remand letter to Los Angeles Superior Court No. BC543813

**SNYDER LAW, LLP**
420 S. Fairview Avenue
Suite 102
Santa Barbara, CA 93117

**[PROPOSED] ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT**